PROB 12A
(REVISED 5/2011)

# United States District Court
for
Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: Montrell Tomlin     Case Number: 3:09-00049-8

Name of Judicial Officer: Honorable William J. Haynes, Jr., U. S. District Judge

Date of Original Sentence: July 11, 2011

Original Offense: Conspiracy to Possess with Intent to Distribute a Quantity of Marijuana.

Original Sentence: 2 years' Probation.

Type of Supervision: Probation     Date Supervision Commenced: July 11, 2011

Assistant U.S. Attorney: Lynne Ingram     Defense Attorney: Kimberly Hodde

---

**THE COURT ORDERS:**

☒ No Action
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this 23rd day of July, 2012, and made a part of the records in the above case.

Honorable William J. Haynes, Jr.
U. S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.
Respectfully submitted,

Roger D. Carrier
U.S. Probation Officer

Place:  Nashville, Tennessee

Date:  July 16, 2012

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.   Nature of Noncompliance

1.   **Shall not purchase, possess, use, distribute, or administer any controlled substance:**

   On June 25, 2012, the offender submitted a urine sample at the probation office, which tested positive for marijuana. On June 28, 2012, Mr. Tomlin admitted to this officer that he had used marijuana on June 19, 2012, at his home.

**Compliance with Supervision Conditions and Prior Interventions:**

Montrell Tomlin is a resident of Davidson County, Tennessee, and has been under the federal supervision of the U.S. Probation Office since July 11, 2011. He has been unemployed throughout his term of supervision. He recently reported obtaining employment selling newspapers, but this information is yet to be verified. He lives with his wife and children in Nashville, Tennessee. The probation officer completes frequent surprise home visits at the offender's residence, and he is often at home.

A 12B petition was filed on February 8, 2012, which notified the Court of the offender's recent positive drug screen for marijuana, and requested a hearing to modify the offender's conditions of probation to include substance abuse treatment. Said petition was signed by Your Honor on February 15, 2012. A modification hearing was held on February 24, 2012, at which time all parties agreed to the proposed modification. Since that time, the offender has been enrolled in a drug treatment program at Centerstone, in Madison, TN, as well as the U.S. Probation Office's drug testing program.

A 12A petition was filed on June 6, 2012, which notified the Court of the offender's recent citation for Driving on a Suspended License in Rutherford County. Said petition was signed by Your Honor on June 8, 2012, ordering no action, as recommended.

This probation officer issued a verbal reprimand to Mr. Tomlin for violating his conditions of supervised release by using illegal drugs. Mr. Tomlin was re-instructed as to all his conditions, and specifically instructed not to possess or use illegal substances. Ms. Tomlin understands that any future illegal drug use will most likely result in a request for a summons and a recommendation for revocation.

**U.S. Probation Officer Recommendation:**

At this time, the probation officer is requesting that no additional action be taken by the Court. It is recommended Mr. Tomlin continue on supervised release and undergo increased monitoring by the probation officer. Any additional violations will be reported to the Court in a timely manner.

Approved: _____
   Kenneth Parham
   Supervisory U.S. Probation Officer