IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA,          )
                                   )
          Plaintiff,               )
                                   )
v.                                 )     No.  3:09-00049-01
                                   )     CHIEF JUDGE HAYNES
SYTHONG THANNAVONG,                )
                                   )
          Defendant.               )

**O R D E R**

The sentencing hearing is reset in this action to **Thursday, August 30, 2012 at 1:00 p.m.**

It is so **ORDERED**.

**ENTERED** this the _23rd_ day of August, 2012.

WILLIAM J. HAYNES, JR.
Chief United States District Judge