PROB 12A
(REVISED 5/2011)

# United States District Court
for
Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>Montrell Tomlin</u>　　　　　　Case Number: <u>3:09-00049-08</u>

Name of Judicial Officer: <u>The Honorable William J. Haynes, Jr., Chief U. S. District Judge</u>

Date of Original Sentence: <u>July 11, 2011</u>

Original Offense: <u>21 U.S.C. § 846, Conspiracy to Possess with Intent to Distribute a Quantity of Marijuana</u>

Original Sentence: <u>2 years' Probation</u>

Type of Supervision: <u>Probation</u>　　　　　Date Supervision Commenced: <u>July 11, 2011</u>

Assistant U.S. Attorney: <u>Lynne Ingram</u>　　　Defense Attorney: <u>Kimberly Hodde</u>

---

**THE COURT ORDERS:**

☒ No Action *as requested* [initials]
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant

Considered this _17th_ day of _September_, 2012, and made a part of the records in the above case.

_____
Chief U. S. District Judge
William J. Haynes, Jr.

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

_____
Supervisory U.S. Probation Officer
Kenneth Parham

Place　Nashville, Tennessee

Date　September 17, 2012

**ALLEGED VIOLATIONS**

The probation officer believes that the offender has violated the following condition(s) of supervision:

<u>Violation No.</u>  <u>Nature of Noncompliance</u>

<u>1.</u>              <u>**N/A**</u>

**Compliance with Supervision Conditions and Prior Interventions:**

A violation report was submitted to Your Honor on June 6, 2012, (Document 434) advising that Mr. Tomlin was charged in Rutherford County, Tennessee, with Driving on a Suspended License. The offender appeared in state court on August 31, 2012, and pled guilty to the charge and was sentenced to 30 days' in jail. The jail sentence was suspended and he was placed on supervised probation for 30 days.

**U.S. Probation Officer Recommendation:**

The probation office is requesting that no action be taken by the Court and to allow Mr. Hughes to continue on probation. He currently has a valid driver's license.

Approved: _____
Vidette Putman
Supervisory U.S. Probation Officer