IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

UNITED STATES OF AMERICA

vs.  CASE NO. 3:09-cr-00049-12
 CHIEF JUDGE: HAYNES

BOUNMY CHOMSAVANH/

**AGREED ORDER MODIFYING DEFENDANT'S
CONDITIONS OF SUPERVISED RELEASE**

Counsel for the Government and for the Defendant have agreed to the modification of supervised release in the pending petition filed by United States Probation Officer Joshua Smith as it regards the Defendants need to seek and receive drug treatment. Counsel for the Defendant has met with his client to discuss these issues and the Defendant has knowingly and voluntarily agreed to the modification.

Done and Ordered in chambers this ___ day of August, 2013 in the U.S. District Court, Middle District of Tennessee.

_____
U.S. DISTRICT COURT JUDGE