IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CASE NO. 3:09-CR-00049 |
| | ) | JUDGE HAYNES |
| ERIC BRIGHT | ) | |

## MOTION TO MODIFY CONDITIONS OF PROBATION

Comes now Eric Bright, by and through undersigned counsel, and hereby moves this Honorable Court to modify the conditions of his probation. Specifically, Mr. Bright brings this motion in hopes that the Court will suspend the remainder of his weekend sentencing. For cause, Mr. Bright would show as follows:

(1) Following almost 3 years on pretrial release, Mr. Bright entered a guilty plea in the above-styled case on September 16, 2011 (DE 353). Following a sentencing hearing on January 11, 2013, the Court ordered Mr. Bright to serve a three-year probationary sentence, with a condition that he serve 100 days, or 50 weekends, in jail. (DE 539).

(2) Mr. Bright has reported every weekend for approximately six months. He has also continued to abide by the other terms of his probation. He has maintained and excelled at his job, and he has passed all drug tests.

(3) In fashioning such a sentence, the Court noted at sentencing that the intent was for Mr. Bright to maintain his employment.

(4) Mr. Bright's employer, Don Shipper Trucking, is aware of his circumstances. However, his employer needs him to begin working weekends. One potential consequence of a refusal to work weekends would be a loss of his job.

(5) Mr. Bright's successful probation is a continuation of his successful pretrial release, which altogether lasted almost 4 years.

[Handwritten annotation in right margin: "Denied. For the reasons stated in the Government's response, this motion is DENIED. /s/ [signature] 9-10-13"]